IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-14-M |
| MYRON WILLIAMS, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF DETENTION HEARING**

Defendant, Myron Williams, by and through his undersigned counsel, Keir Bradford, hereby moves the Court for an Order continuing the Detention Hearing in this case.

In support of the motion, the defense submits as follows:

1.  Mr. Williams appeared in front of the Court on January 23, 2008, for his initial appearance in this matter. At that time, the Court scheduled Mr. William's Detention Hearing for January 25, 2008, at 10:00 a.m.

2.  Defense counsel requires additional time to prepare for the Detention Hearing, and respectfully request that Mr. William's Detention Hearing be continued until the week of _____ \_\_\_, 2008.

3.  Assistant United States Attorney, Shawn Martyniak, the attorney handling this case for the government, does not oppose this continuance request, although states that he will not be available on Monday, January 28, 2008 or Friday, February 1, 2008.

4.    The defense agrees to waive, pursuant to the Speedy Trial Act, the time between January 25, 2008, and the date of the new Detention Hearing.

**WHEREFORE**, Mr. Williams respectfully requests that the Court continue the Detention Hearing in this matter to anytime the week of _____ \_\_, 2008.

Respectfully Submitted,

/s/
Keir Bradford, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Myron Williams

DATED:   January 24, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-14-M |
| MYRON WILLIAMS, | : | |
| Defendant. | : | |

# **ORDER**

In response to Mr. Mitchell's Motion for Continuance of Detention Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant's Detention Hearing be continued to the _____ day of _____, 2008, at _____ a.m/p.m.

 

_____
The Honorable Leonard P. Stark
United States Magistrate Judge