IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-14-M |
| MYRON WILLIAMS, | : |
| Defendant. | : |

### ORDER

In response to Mr. Mitchell's Motion for Continuance of Detention Hearing, this Court HEREBY ORDERS on this _24th_ day of _January_, 2008, that Defendant's Detention Hearing be continued to the _31st_ day of _January_, 2008, at _10:00_ a.m./p.m.

_____
The Honorable Leonard P. Stark
United States Magistrate Judge