**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-14M-LPS |
| | : | |
| MYRON WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS CRIMINAL COMPLAINT**

The United States, by and through Colm F. Connolly, United States Attorney for

the District of Delaware, and Shawn E. Martyniak, Special Assistant United States

Attorney for the District of Delaware, hereby moves to dismiss the Criminal Complaint,

without prejudice, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Shawn E. Martyniak
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED: February 29, 2008

IT IS SO ORDERED this 3rd day of March , 2008.

Honorable Leonard P. Stark
United States Magistrate Judge